# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge R. Brooke Jackson

Case No.   15-cr-00383-RBJ-01            Trial Date   July 9, 2018

Case Title   United States v. Daniel Dirk Coddington

_____Plaintiff_____   FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS & ESTIMATED DATE | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|
| Marshall Gunn | Direct: | 4.5 hrs | Cross: | 2.5 hrs | Total: | 7 hrs |
| Merlyn Curt Geisler | Direct: | 3.5 hrs | Cross: | 2.5 hrs | Total: | 6 hrs |
| Daniel Scott Coddington | Direct: | 2 hrs | Cross: | 1 hr | Total: | 3 hrs |
| John Slaughter (Citibank) | Direct: | 20 min | Cross: | 5 min | Total: | 25 min |
| Peter Boys | Direct: | 30 min | Cross: | 1 hr | Total: | 1.5 hrs |
| George Abdalla (Penson) | Direct: | 30 min | Cross: | 45 min | Total: | 75 min |
| Crystal Childers (Apex) | Direct: | 15 min | Cross: | 45 min | Total: | 1 hr |
| Shelly Davidson (must testify July 12) | Direct: | 30 min | Cross: | 45 min | Total: | 75 min |
| Michael Columbia | Direct: | 1hr | Cross: | 2.5 hrs | Total: | 3.5 hrs |
| JP Morgan Chase | Direct: | 20 min | Cross: | 15 min | Total: | 35 min |
| Seth Leyton (must testify July 16) | Direct: | 1.5 hrs | Cross: | 2 hrs | Total: | 3.5 hrs |
| Bank of America | Direct: | 20 min | Cross: | 15 min | Total: | 35 min |
| Chad Epley | Direct: | 20 min | Cross: | 45 min | Total: | 65 min |
| Scott Mallory | Direct: | 1 hr | Cross: | 1.5 hrs | Total: | 2.5 hrs |
| Terrence McCann | Direct: | 45 min | Cross: | 1.5 hrs | Total: | 2 hrs 15 min |
| Kevin Case | Direct: | 2 hrs | Cross: | 2.5 hrs | Total: | 4.5 hrs |
| Stanley Thomas | Direct: | 45 min | Cross: | 1.5 hrs | Total: | 2 hrs 15 min |
| Ruth Sutherland | Direct: | 2 hrs | Cross: | 1.5 hrs | Total: | 3.5 hrs |

| | | | | | | |
|---|---|---|---|---|---|---|
| Marcial Baralt  (must testify July 18) | Direct: | 45 min | Cross: | 1 hr | Total: | 1 hr 45 min |
| Jesse Erwin | Direct: | 4 hrs | Cross: | 4 hrs | Total: | 8 hrs |
| Dana Chamberlin | Direct: | 1.5 hrs | Cross: | 2 hrs | Total: | 3.5 hrs |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |
| | Direct: | _____ | Cross: | _____ | Total: | _____ |