# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge R. Brooke Jackson

Case No. __15-cr-00383-RBJ__         Trial Date __July 9, 2018__

Case Title __United States v. Daniel Dirk Coddington__

_____Defendant_____ FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS | Direct | Cross | Total |
|---|---|---|---|
| Agent Richard Mclain | 1.5 hrs | 45 min | |
| Janet McHard | 2 hrs | 1 hr | |
| Paul Sherman | 2 hrs | 1 hr | |
| Mykael Morgan | 30 min | 30 min | |
| Henry Thomas Hammond | 30 min | 30 min | |
| David Williams | 30 min | 30 min | |
| Kelli Ramona | 30 min | 30 min | |
| Agent Brian Blauser | 1 hr | 1 hr | |
| Agent Scott Dahlstrom | 20 min | unknown | |
| Agent Kristen Varel | 20 min | unknown | |
| Agent Travis Wall | 20 min | unknown | |
| Agent Sarah Anderson | 20 min | unknown | |
| Agent Scott Nielsen | 20 min | unknown | |