**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15–cr–00383-RBJ-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DANIEL DIRK CODDINGTON,

        Defendant.

**MOTION FOR LEAVE TO RESTRICT DOCUMENT**

Mr. Daniel Dirk Coddington, through undersigned counsel Kristen M. Frost and Patrick L. Ridley of the law firm Ridley, McGreevy & Winocur, P.C., respectfully moves to restrict [Doc. 276] the related documents and attachments, any order revealing the contents of those documents and attachments, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  Mr. Coddington requests a "Level 2" restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

2

Respectfully submitted this 13th day of November, 2018.

/s/ Kristen M. Frost
Kristen M. Frost
Patrick L. Ridley
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email frost@ridleylaw.com
ridley@ridleylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2018 I served a true and correct copy of the foregoing **MOTION FOR LEAVE TO RESTRICT** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Pegeen Denise Rhyne
U.S. Attorney's Office-Denver
1225 17th Street, Suite 700
Denver, CO 80202
Email:  Pegeen.rhyne@usdoj.gove

s/Polly Ashley
Polly Ashley

2