**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15–cr–00383-RBJ-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DANIEL DIRK CODDINGTON,

        Defendant.

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO RESTRICT DOCUMENT**

    Mr. Daniel Dirk Coddington, through undersigned counsel Kristen M. Frost and Patrick L. Ridley of the law firm Ridley, McGreevy & Winocur, P.C., hereby files Mr. Coddington's Brief in Support of Motion to Restrict Document No. 276.

    The Court has authority to seal documents upon a showing of compelling reasons. *See* D.C.COLO.LCr.R 47.1(A).  A compelling reason exists in this case because Mr. Coddington has experienced serious medical issues and the notice and motion provides information that is personal and confidential health information. Pleadings and attachments containing private health information should not be viewable by the public or anyone other than the government and the Court.

    The relevant pleadings include Mr. Coddington's Motion for Variant Sentence and related exhibits that contain private health information and could expose the defendant to harm if they were made public.

Accordingly, the defense moves that the Court restrict Mr. Coddington's Motion for Variant Sentence, the attachments, this brief and any order revealing the contents of those documents.

Respectfully submitted this 13th day of November, 2018.

>/s/ Kristen M. Frost
>Kristen M. Frost
>Patrick L. Ridley
>Ridley, McGreevy & Winocur, P.C.
>303 16th Street, Suite 200
>Denver, Colorado  80202
>Telephone: (303) 629-9700
>Fax:  (303) 629-8702
>Email frost@ridleylaw.com
>ridley@ridleylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2018 I served a true and correct copy of the foregoing **BRIEF IN SUPPORT OF MOTION FOR LEAVE TO RESTRICT DOCUMENT** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Pegeen Denise Rhyne
U.S. Attorney's Office-Denver
1225 17th Street, Suite 700
Denver, CO 80202
Email:  Pegeen.rhyne@usdoj.gove

>s/Polly Ashley
>Polly Ashley