**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15–cr–00383-RBJ-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DANIEL DIRK CODDINGTON,

        Defendant.

## UNOPPOSED MOTION FOR LEAVE TO RESTRICT DOCUMENTS

      Mr. Daniel Dirk Coddington, through undersigned counsel Kristen M. Frost and Patrick L. Ridley of the law firm Ridley, McGreevy & Winocur, P.C., respectfully moves to restrict [Doc. 276] the related exhibits, the brief in support of this motion and any order revealing the contents of those documents and attachments, for the reasons stated in the brief filed in support of this motion. Mr. Coddington requests a "Level 2" restriction which would make the document, the brief in support of this motion, and any order revealing the contents of that document, "Viewable by Selected Parties & Court" only.

      Pursuant to D.C.COLO.LCivR 7.1A, counsel has conferred with AUSA Pegeen Rhyne and she does not oppose this motion.

2

Respectfully submitted this 16th day of November, 2018.

                                              */s/ Kristen M. Frost*
Kristen M. Frost
Patrick L. Ridley
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email frost@ridleylaw.com
      ridley@ridleylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2018 I served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO RESTRICT DOCUMENTS** electronically with the clerk of the court via the CM/ECF system to all interested parties:

Pegeen Rhyne, AUSA
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Email:  Pegeen.rhyne@usdoj.gov

                                              *s/Polly Ashley*
Polly Ashley