IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00383-RBJ-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DANIEL DIRK CODDINGTON,

       Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT DANIEL DIRK CODDINGTON**
_____

THIS MATTER comes before the Court on the United States' Motion for a Preliminary Order of Forfeiture [ECF No. 290], pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court having reviewed the trial record and applicable law finds:

THAT on October 5, 2015, the Grand Jury charged defendant Daniel Dirk Coddington in Counts One through Thirteen with violations of 18 U.S.C. § 1343 and in Counts Fourteen and Fifteen with violations of 15 U.S.C. §§ 78j(b) and 78ff and 17 C.F.R. § 240.10b-5;

THAT the Indictment also sought forfeiture in the form of a personal money judgment against defendant Daniel Dirk Coddington, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the scheme and by the defendant;

THAT on July 26, 2018, a jury found defendant Daniel Dirk Coddington guilty of Counts One through Fifteen, which provides a factual basis and cause to issue a personal money judgment pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b), of the Federal Rules of Criminal Procedure; and

THAT based on the evidence admitted during trial, $4,053,267.00 in proceeds were obtained by defendant Daniel Dirk Coddington as a result of the scheme to defraud investors that was not used to purchase CMOs or paid to co-defendant Erwin.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $4,053,267.00 is the amount of proceeds Defendant Daniel Dirk Coddington obtained as a result of the commission of the offenses in Counts One through Fifteen;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Daniel Dirk Coddington, in the amount of $4,053,267.00, shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

SO ORDERED this 20th day of November, 2018.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge